# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARITZA RUBIO

VERSUS

ALLSTATE INSURANCE; STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY; SYLVIA M. CHAMPAGNE;
JUSTINE P. ARMSTRONG

   CONSOLIDATED WITH

OLGA MEJIA

VERSUS

ALLSTATE INSURANCE; STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY; SYLVIA M. CHAMPAGNE;
JUSTINE P. ARMSTRONG

   CONSOLIDATED WITH

LISSETTE MENENDEZ

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, ET AL

   CONSOLIDATED WITH

JUSTINE P. ARMSTRONG

VERSUS

SYLVIA M. CHAMPAGNE & STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY

NO.  2022 CW 0910

NOVEMBER 21, 2022

---

In Re: Sylvia M. Champagne and State Farm Mutual Automobile
   Insurance Company, applying for supervisory writs,
   23rd Judicial District Court, Parish of Ascension,
   No. 130652 c/w 130654 c/w 130607 c/w 126046.

---

**BEFORE: THERIOT, CHUTZ, AND HESTER, JJ.**

  **WRIT GRANTED IN PART; DENIED IN PART.**  The writ application
is granted for the sole purpose of striking the portion of the
district court's June 27, 2022 judgment that reads "because the
sudden emergency doctrine does not apply in this matter."  This
writ application is denied in all other respects.

      **MRT**
      **WRC**
      **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_Q.SₙＵ_

—————————————————
  DEPUTY CLERK OF COURT
    FOR THE COURT